Date of Arrest: **03/12**

# United States District Court
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
V.

Gregorio RUIZ-Fuentes
Citizen of Guatemala
YOB:1986
201152406
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 22-1391MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about March 23, 2017, Defendant Gregorio RUIZ-Fuentes, an alien, was removed from the United States to Guatemala through the port of Harlingen, Texas, in pursuance of law, and thereafter on or about March 12, 2022, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about March 12, 2022, near San Luis, Arizona in the District of Arizona, Defendant Gregorio RUIZ-Fuentes, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part hereof.    [x] Yes    [ ] No

Reviewed by AUSA William Rubens
SAD for WBR

Signature of Complainant
Michelle Hernandez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____March 14, 2022_____    at    _____Yuma, Arizona_____
Date                                          City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                Gregorio RUIZ-Fuentes

Dependents:               None

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on two (2) previous occasions. The Defendant has been removed a total of two (2) times. The Defendant was last removed through Harlingen, Texas on March 23, 2017.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/07/2011 | Florence, Arizona | Alien Inadmissibility under Section 212 | Ordered Removed from the US (IJ) (NTA) |
| 03/17/2017 | Port Isabel, Texas | Re-entry of Removed Alien | Ordered Removed from the US (DO) (REIN) |

Narrative:   The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Guatemala and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Florence, Arizona on or about March 07, 2011.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on March 12, 2022.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Jerry Lomeli, Kevin Drake and Jason Morehead.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPAs Elijah Lyman and Scott McQuarrie.

Charges:
  8 USC 1326(a)        (Felony)
  8 USC 1325(a)(1)     (Misdemeanor)

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

March 14, 2022
Date

_[signature]_
Signature of Judicial Officer

## *Probable Cause Statement*

I, Border Patrol Agent Michelle Hernandez, declare under penalty of perjury, the following is true and correct:

| | |
|---|---|
| Defendant: | **Gregorio RUIZ-Fuentes** |
| Dependents: | None |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on two (2) previous occasions. The Defendant has been removed a total of two (2) times. |

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/07/2011 | Florence, Arizona | Alien Inadmissibility Under Section 212 | Ordered Removed from the US (IJ)(NTA) |
| 03/17/2017 | Port Isabel, Texas | Re-entry of Removed Alien | Ordered Removed from the US (DO)(REIN) |

Narrative: The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Guatemala and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Florence, Arizona on or about March 07, 2011.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on March 12, 2022.

*Executed on:* <u>March 13, 2022</u>   *Time:* <u>08:06 AM MST</u>

*Signed:* <u>Michelle Hernandez, Border Patrol Agent</u> *[signature]*